

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:16-cr-212
     21 U.S.C. § 846

STEVEN BAILEY

# I N F O R M A T I O N

The United States Attorney Charges:

From at least October 2014, to on or about February 25, 2016, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant STEVEN BAILEY, together with persons both known and unknown to the United States Attorney, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute a quantity cocaine, also known as "coke," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

                              UNITED STATES OF AMERICA
                              CAROL A. CASTO
                              United States Attorney

                         By:  _____
                              R. GREGORY McVEY
                              Assistant United States Attorney